UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRILL S. MCINNIS, )<br> )<br> Appellant )<br> )<br>vs. )<br> )<br>BRADLEY MORTON PHILLIPS, )<br> )<br> )<br> Appellee. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:17-CV-187-BO** |

**Decision by Court.**

This cause comes before the Court on Sherrill S. McInnis' appeal of the Bankruptcy Court for the Eastern District of North Carolina's Order.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the order of the bankruptcy court is AFFIRMED.

This Judgment filed and entered on August 3, 2018, and copies to:
David Paul Ennis (via CM/ECF electronic notification)
Christopher A. Chleborowicz (via CM/ECF electronic notification)
Dean R. Davis (via CM/ECF electronic notification)

August 3, 2018

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk